**Order entered May 14, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00722-CR

**MELVIN BERNARD GOODEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F17-70898-I**

## ORDER

Before the Court is the State's May 9, 2019 motion to extend the time to file its amended brief. The amended brief was tendered with the motion. We **GRANT** the motion and **ORDER** the State's amended brief filed as of the date of this order.

/s/  CORY L. CARLYLE
   JUSTICE